**EXHIBIT B**

**UNITED STATES PATENT NO. 7,349,668**
**CLAIM CHART FOR INFRINGEMENT OF REPRESENTATIVE CLAIM 1**

Note: This representative claim chart is provided solely for pleading purposes in this action and is based upon information known at this time. This chart does not represent Plaintiff's infringement contentions, the asserted claims, or all of Plaintiff's allegations regarding infringement. Plaintiff further reserves the right to assert additional or different theories of infringement, including infringement under the doctrine of equivalents.

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US7349668 | Wegmans Food Markets – Wegmans mobile application |
|---|---|
| [1.1] A method for information distribution comprising | Wegmans Food Markets ("Defendant") performs and induces others to perform a method for information distribution.<br><br>For example, the Defendant provides a mobile application (such as "Wegmans" for iOS and Android) for selling products including but not limited to organic food products and groceries. The Defendant also provides and distributes digital coupons for its registered customers via the mobile application. |



Source: https://apps.apple.com/us/app/wegmans/id371707711 (last accessed on March 25, 2022)





Source: https://play.google.com/store/apps/details?id=com.wegmans.wegmansapp&hl=en_US (last accessed on March 25, 2022)



Source: "Home page" in the Wegmans App as seen by a typical user (last accessed on March 25, 2022)

| [1.2] electronically inserting digital information encoded | Defendant performs the step of electronically inserting digital information encoded as a noticeable indicator into a broadcast signal containing a related content, said inserting comprising providing a coupon and converting said coupon into digital information. |

| | |
|---|---|
| as a noticeable indicator into a broadcast signal containing a related content, said inserting comprising providing a coupon and converting said coupon into digital information; | For example, when a user creates an account or logs in to the existing Shoppers Club account utilizing Wegmans mobile application, the user receives notifications comprising coupons within the mobile application. The coupons include offer details including at least an image ("digital information encoded as a noticeable indicator") such that when the coupon is received by the user, the digital information along with the image is displayed in a notification to the user. The coupons include offer details that are encoded in the coupon such that when the coupon is received via mobile application, it appears in the digital coupons section in the application. Since, the coupons are delivered to the Wegman's customers in the mobile application via internet, the coupons are said to be broadcasted to the Wegmans customers. |



Source: https://play.google.com/store/apps/details?id=com.wegmans.wegmansapp&hl=en_US (last accessed on March 25, 2022)



Source: Digital Coupons in Wegmans App as seen by a typical user (last accessed on March 25, 2022)



Source: "Digital Coupons" section in the Wegmans App as seen by a typical user (last accessed on March 25, 2022) (annotated)



Digital Information

Source: Digital Coupon description in the Wegmans App as seen by a typical user (last accessed on March 25, 2022) (annotated)

## Digital Coupons

### What are digital coupons?

Digital coupons are coupons that you can access online and clip directly to your Shoppers Club account.

### How do I get Wegmans' digital coupons?

To receive digital coupons, you must have an *active Shoppers Club Account* registered in your name and connected to a Wegmans Online Account.

### How do I sign up for Shoppers Club?

*At Wegmans Store Service Desk* – A Service Desk team member will be happy to assist you in creating an account.

*At home* – visit wegmans.com/shoppersclub and click "Sign Up Now." You'll be asked to create a *Username and Password* and fill in your contact information, including a unique phone number.

Source: https://www.wegmans.com/service/faq/digital-coupons/ (last accessed on March 25, 2022)



Source: https://www.wegmans.com/service/shoppers-club/digital-coupons/ (last accessed on March 25, 2022)

| | |
|---|---|
| [1.3] prompting a user, via said noticeable indicator, to capture said digital information from said noticeable indicator within said broadcast signal; | Defendant performs the step of prompting a user, via said noticeable indicator, to capture said digital information from said noticeable indicator within said broadcast signal.<br><br>For example, the user is prompted with "Clip" button in the digital coupon via the Wegmans mobile application. The coupon is obtained by clipping ("capture digital information") the available digital coupons and the coupon is associated with the Shoppers Club card. |

## How frequently will new digital coupons be issued?

After you receive your initial welcome coupons (over $25 in value), additional digital coupons are distributed throughout the year tied to direct mail pieces, holidays or new product launches. You will be notified of new coupons through our Fresh News emails, push notifications to your cell phone, and direct mail pieces.

Source: https://www.wegmans.com/service/faq/digital-coupons/



Source: https://play.google.com/store/apps/details?id=com.wegmans.wegmansapp&hl=en_US (last accessed on March 25, 2022)



Source: Digital Coupons in Wegmans App as seen by a typical user (last accessed on March 25, 2022)



Source: "Digital Coupons" section in the Wegmans App as seen by a typical user (last accessed on March 25, 2022) (annotated)



Source: Digital Coupon description in the Wegmans App as seen by a typical user (last accessed on March 25, 2022) (annotated)

| [1.4] transforming said captured digital | Defendant performs the step of transforming said captured digital information from said noticeable indicator into a format recognizable to a mobile communication device, thereby to produce transformed information. |
|---|---|

| information from said noticeable indicator into a format recognizable to a mobile communication device, thereby to produce transformed information; and | For example, when the user "CLIPS" the coupon, the coupon is added to the Shoppers Club account in the Wegmans mobile application. Once added to the account, the coupon is redeemable by scanning 'Shoppers Club barcode' at the Wegmans store. The 'Shoppers Club barcode' is unique to each user account and gets associated with the coupons added to the Shoppers Club account. Since the coupons are redeemable only after associating with the barcode, it is apparent that the captured digital information is 'transformed' into a format recognizable by the mobile device associated with the user account. The mobile device does not recognize the coupon to be redeemable unless it is added ("captured") to the user's account. Therefore, at least a portion of digital information in the coupon is 'transformed' to be recognized in the user's account by the mobile device. |
|---|---|



Source: https://www.wegmans.com/service/shoppers-club/digital-coupons/ (last accessed on March 25, 2022) (annotated)



Source: "Digital Coupons" section in the Wegmans App as seen by a typical user (last accessed on March 25, 2022) (annotated)



Source: Shoppers Club barcode in Wegmans mobile application as seen by a typical user (annotated).

## How do I redeem a digital coupon?

To redeem a digital coupon, simply **clip the coupon to your Shoppers Club account (through wegmans.com or the Wegmans App)** and scan the barcode from your Wegmans App or enter your phone number at checkout. If you purchased an eligible item, the discount automatically comes off your order.

If you are placing an online order, any applicable digital coupons will show at the bottom of your cart under "Offers Applicable to Your Order." Once they are clipped, they will have a green bar with the words "Digital Coupon Completed," and the discount will come off your order.

Source: https://www.wegmans.com/service/faq/digital-coupons/ (last accessed on March 25, 2022) (annotated)



Source: Shoppers Club barcode in Wegmans mobile application as seen by a typical user (last accessed on March 25, 2022) (annotated)

| [1.5] storing said transformed information on said mobile communication device for display of the digital information | Defendant performs the step of storing said transformed information on said mobile communication device for display of the digital information.<br><br>For example, the barcode is stored in the mobile device's memory, at least temporarily, for the barcode to be displayed in the Wegmans mobile application. For a person having ordinary skills in the art, it is obvious that the content in the mobile application is first stored in the memory and then displayed on the display screen. |
|---|---|



Source: Digital Coupon description in Wegmans App as seen by a typical user (last accessed on March 25, 2022) (annotated)



Source: Shoppers Club barcode in Wegmans mobile application as seen by a typical user (last accessed on March 25, 2022) (annotated)

| | |
|---|---|
| [1.6] the method additionally comprising redeeming said coupon by: | Defendant performs the step of redeeming said coupon.

For example, the digital coupon is redeemed at the Defendant's store by showing the bar code at the point of sale.

How do I redeem a digital coupon?

To redeem a digital coupon, simply **clip the coupon to your Shoppers Club account (through wegmans.com or the Wegmans App)** and scan the barcode from your Wegmans App or enter your phone number at checkout. If you purchased an eligible item, the discount automatically comes off your order.

If you are placing an online order, any applicable digital coupons will show at the bottom of your cart under "Offers Applicable to Your Order." Once they are clipped, they will have a green bar with the words "Digital Coupon Completed," and the discount will come off your order.

Source: https://www.wegmans.com/service/faq/digital-coupons/ (last accessed on March 25, 2022) (annotated) |



Source: Shoppers Club barcode in Wegmans mobile application as seen by a typical user (last accessed on March 25, 2022) (annotated)

| [1.7] storing said transformed information in a form that is suitable for display on a display screen of a said mobile communication device in a manner that can be read by an optical reader; and | Defendant performs the step of storing said transformed information in a form that is suitable for display on a display screen of a said mobile communication device in a manner that can be read by an optical reader.<br><br>For example, the barcode is stored in the mobile device's memory, at least temporarily, for the barcode to be displayed in the Wegmans mobile application. For a person having ordinary skills in the art, it is obvious that the content in the mobile application is first stored in the memory and then displayed on the display screen. The displayed barcode is scanned by a barcode reader ("an optical reader") and eligible coupons are redeemed. |

## How do I clip a digital coupon?

To clip a digital coupon on the **Wegmans App, tap the Menu icon in the upper left-hand corner of your screen and click on "Digital Coupons."** Then, tap the orange **"clip" icon** on the corner of the coupon to clip it.

To clip a digital coupon on your **desktop computer, click "Digital Coupons" at the top of the wegmans.com homepage**. Then, click the orange **"clip" icon** on the corner of the coupon to clip it.

Storing Transformed information

## How do I redeem a digital coupon?

To redeem a digital coupon, simply **clip the coupon to your Shoppers Club account (through wegmans.com or the Wegmans App)** and scan the barcode from your Wegmans App or enter your phone number at checkout. If you purchased an eligible item, the discount automatically comes off your order.

If you are placing an online order, any applicable digital coupons will show at the bottom of your cart under "Offers Applicable to Your Order." Once they are clipped, they will have a green bar with the words "Digital Coupon Completed," and the discount will come off your order.

Source: https://www.wegmans.com/service/faq/digital-coupons/ (last accessed on March 25, 2022) (annotated)



Display of Transformed information

Source: Shoppers Club barcode in Wegmans mobile application as seen by a typical user (last accessed on March 25, 2022) (annotated)

## What is your coupon policy?

We gladly accept both Manufacturer's and Wegmans store coupons.

We double manufacturers' coupons* with a face value of $.99 or less with the following exceptions and limitations:

- Coupons with a face value of $1.00 or greater will be redeemed at face value.
- One manufacturers' coupon per item for a SPECIFIC BRAND product.
- Only FOUR (4) manufacturers' coupons will be accepted on FOUR (4) of the same brand product per day.*
- The double or face value of a coupon may NOT exceed the retail price.
- One manufacturers' coupon and Shoppers Club discount or store coupon may be redeemed on the same item. The combination of a manufacturers' coupon and a Shoppers Club discount/store coupon may not exceed the retail price.
- One manufacturers' coupon may be redeemed for each Family Pack product.
- We cannot give you a raincheck for manufacturers' coupons.
- We do not accept manufacturers' coupons for free products downloaded from the Internet (where the word FREE appears on the coupon).
- By law, we cannot accept manufacturers' coupons for alcohol.
- We reserve the right to limit quantities.
- We reserve the right to refuse any coupon that may appear fraudulent/photocopied.
- We will only accept coupons that are in date, and product or purchase requirements have been met (must match exactly; size, variety, flavor, etc.).
- We uphold any purchase stipulations set forth by manufacturer.
- We will not accept a manufacturers' coupon for the product that is received FREE as part of a Buy One, Get One offer.
- We do not double manufacturers' coupons that state "do not double".
- We do not accept Internet coupons over $4.99.
- We are unable to accept digital forms of coupons (other than our own Shoppers Club Digital Coupons). This includes Wegmans coupons that are uploaded to smartphone applications.
- We are only able to accept Wegmans Shoppers Club digital coupons.  We are unable to accept electronic coupons from any apps other than the Wegmans App.  All other coupons must be presented in paper form.

Source: https://www.wegmans.com/service/faq/store-policies/ (last accessed on March 25, 2022)

| [1.8] activating said mobile communication device to display said information on said display screen, for said information to be readable by an optical reader at a point of sale. | Defendant performs the step of activating said mobile communication device to display said information on said display screen, for said information to be readable by an optical reader at a point of sale.<br><br>For example, the digital coupon stored in the mobile application is redeemed at the point of sale. The digital coupon's bar code is scanned by a barcode reader ("an optical reader") and eligible coupons are applied automatically to the user's transaction.<br><br><br><br>Source: Shoppers Club barcode in Wegmans mobile application as seen by a typical user (last accessed on March 25, 2022) (annotated) |

## How do I clip a digital coupon?

To clip a digital coupon on the **Wegmans App, tap the Menu icon in the upper left-hand corner of your screen and click on "Digital Coupons."** Then, tap the orange **"clip" icon** on the corner of the coupon to clip it.

To clip a digital coupon on your **desktop computer, click "Digital Coupons" at the top of the wegmans.com homepage.** Then, click the orange **"clip" icon** on the corner of the coupon to clip it.

## How do I redeem a digital coupon?

Redeem digital coupon at point of sale

To redeem a digital coupon, simply **clip the coupon to your Shoppers Club account (through wegmans.com or the Wegmans App)** and scan the barcode from your Wegmans App or enter your phone number at checkout. If you purchased an eligible item, the discount automatically comes off your order.

If you are placing an online order, any applicable digital coupons will show at the bottom of your cart under "Offers Applicable to Your Order." Once they are clipped, they will have a green bar with the words "Digital Coupon Completed," and the discount will come off your order.

Source: https://www.wegmans.com/service/faq/digital-coupons/ (last accessed on March 25, 2022) (annotated)